UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYSHAWN I. CASANOVA,

                    Plaintiff,

          -against-                                          19-CV-6274 (CM)

BROOKLYN METROPOLITAN                                        CIVIL JUDGMENT
DETENTION CENTER, *et al.*,

                    Defendants.

          Pursuant to the order issued December 13, 2019, dismissing the complaint,

          IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

          The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

          IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    December 13, 2019
          New York, New York

                                          _____
                                                   COLLEEN McMAHON
                                              Chief United States District Judge